# UNITED STATES DISTRICT COURT

**Eastern**  District of  **California**

| | |
|---|---|
| CYNTHIA MAYO, | |
| Plaintiff | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| V. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | CASE NUMBER: 1:11at0116 |
| Defendant | |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

ENTER this  4th  day of  March , 2011 .

        /s/ Dennis L. Beck
        Signature of Judicial Officer

        Dennis L. Beck, U.S. Magistrate Judge
        Name and Title of Judicial Officer