1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   PETER THOMPSON
4  Special Assistant United States Attorney

5
       333 Market Street, Suite 1500
6      San Francisco, California  94105
       Telephone:  (415) 977-8959
7      Facsimile:  (415) 744-0134
       E-Mail: peter.thompson@ssa.gov
8

9  Attorneys for Defendant

10                     UNITED STATES DISTRICT COURT

11                     EASTERN DISTRICT OF CALIFORNIA

12
                              **FRESNO DIVISION**
13

14  CYNTHIA MAYO,                )
                                 )
15         Plaintiff,            )    CIVIL NO.: 1:11-CV-00378 LJO GSA
                                 )
16                               )    STIPULATION AND PROPOSED ORDER
           v.                    )    TO EXTEND TIME
17                               )
    MICHAEL J. ASTRUE,           )
18  Commissioner of              )
    Social Security,             )
19                               )
20         Defendant.            )
    _____)
21

22
          IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of
23
    record, that Defendant shall have an extension of time of 7 days in which to file the electronic certified
24
    administrative record in this matter.  The current due date is July 22, 2011.  The new due date will be
25
    July 29, 2011.
26
          Counsel apologizes to the Court for any inconvenience caused by this delay.
27

28

                    Respectfully submitted,

Dated: July 19, 2011          /s/
(As authorized via telephone on July 19, 2011)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

Dated: July 19, 2011          BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Peter Thompson*
PETER THOMPSON
Special Assistant United States Attorney

## ORDER

The Court has reviewed the stipulation and approves the request for an extension of time. Defendant shall file the administrative record no later than July 29, 2011.

IT IS SO ORDERED.

Dated:   **July 19, 2011**            **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

Order to Extend: 1:11-CV-00378 LJO GSA    2